| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Carney, Susan L. | 2. Court or Organization<br><br>Second Circuit | 3. Date of Report<br><br>05/19/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge—nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,     Date 5/20/2010<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>4/30/2010 |
| 7. Chambers or Office Address<br><br>Yale University, Office of General Counsel<br>Two Whitney Avenue, 6th Floor<br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Deputy General Counsel | Yale University |
| 2. Director | National Association of College and University Attorneys |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Yale University, Compensation (W-2, Box 1) | $191,490.46 |
| 2. 2010 | Yale University, Compensation (federal/state taxable pay) | $63,338.76 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | SeaChange Capital Partners, compensation |
| 2. 2009 | Sagalyn Literary Agency, royalties |
| 3. 2010 | SeaChange Capital Partners, compensation |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Susan L. | 05/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Susan L. | 05/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia/Wells Fargo accounts | A | Interest | K | T | Exempt | | | | |
| 2. JPMorganChase accounts | A | Interest | K | T | | | | | |
| 3. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 4. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 5. Fidelity Cash Reserves (SEP-IRA) | A | Dividend | J | T | | | | | |
| 6. Fidelity Cash Reserves (Rollover IRA) | A | Dividend | M | T | | | | | |
| 7. Fidelity Cash Reserves (Traditional IRA) | B | Dividend | M | T | | | | | |
| 8. Vanguard Prime Money Market Fund (403b) | B | Dividend | N | T | | | | | |
| 9. Vanguard Prime Money Market Fund (403b) | B | Dividend | N | T | | | | | |
| 10. Vanguard Prime Money Market Fund (403b) | A | Dividend | M | T | | | | | |
| 11. Vanguard Prime Money Market Fund (457b) | A | Dividend | K | T | | | | | |
| 12. Principal Money Market R3 Fund (457b) | A | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

My husband and I have one JPMorganChase Plus Savings Account whose value code is K and value method is T, which is a fund held for a relative. It was formerly invested in JP Morgan Liquid Assets Money Market, with dividends in the reporting period of type A.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 6 | Carney, Susan L. | 05/19/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Susan L Carney_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 78 | 486 | Notes payable to banks-secured | | | |
| U.S. Government securities—Series EE bonds | | 27 | 981 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable—personal residence | | 307 | 686 |
| Real estate owned—see schedule | | 960 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 30 | 240 | Constructive trust for relative | | 34 | 879 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Money Market Funds | | 20 | 731 | | | | |
| Retirement Accounts—see schedule | 1 | 080 | 482 | | | | |
| Deferred Compensation—see schedule | | 74 | 895 | Total liabilities | | 342 | 565 |
| | | | | Net Worth | 1 | 930 | 250 |
| Total Assets | 2 | 272 | 815 | Total liabilities and net worth | 2 | 272 | 815 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 4 | 040 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |